FILED
CLERK, U.S. DISTRICT COURT

JUL 3 1 2014

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: 5:14 CR 64- JGB
                                    )
                    Plaintiff,      )     ORDER OF DETENTION
         v.                         )     (FED.R. CRIM. P.32.1(a)(6); 18
                                    )     U.S.C. § 3143(a))
Juan Briseno Jr.                    )
                                    )
                    Defendant.      )
                                    )

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___Central___

District of ___California___ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   [✓]   The defendant has not met his/her burden of establishing by clear and

           convincing evidence that he/she is not likely to flee if released under

           18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

           · UNKNOWN BAIL RESOURCES

           · ON SUPERVISION / COUNTY PROBATION & CURRENTLY

           · ACTIVE FELONY WARRANT

           · SUBMISSION TO DETENTION.

1    and/or

2    B.      ( )      The defendant has not met his/her burden of establishing by clear and

3                     convincing evidence that he/she is not likely to pose a danger to the

4                     safety of any other person or the community if released under 18

5                     U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                     _____

7                     _____

8                     _____

9                     _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:   7/31/14

16                                                      HONORABLE DAVID T. BRISTOW
                                                       United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27
                                              2
28